# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| DARRYL BOGGS, | : | No. 62 EM 2016 |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| TREVOR WINGARD, | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 20th day of June, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Habeas Corpus is **DENIED**.